GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4142
Facsimile: (702) 362-2203
Email: gschnitzer@ksjattorneys.com

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roberto Benabe, | Case No. 2:20-cv-00030-JAD-BNW |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** |
| v. | |
| LexisNexis Risk Solutions Inc., *et al*., | **(FIRST REQUEST)** |
| Defendants. | |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiff Roberto Benabe ("Plaintiff"), by and through their respective counsel, stipulate as follows:

1. Plaintiff filed his Complaint on January 7, 2020.

2. Defendant was served with the Complaint on January 9, 2020.

3. Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is January 30, 2020.

4. The undersigned counsel for Defendant was recently retained and continues to review the allegations in Plaintiff's Complaint. Therefore, Defendant requests additional time, up to and including March 2, 2020, to formulate a response to Plaintiff's Complaint.

5. Plaintiff consents to the requested extension.

6. This is the first request by Defendant seeking such extension.

In consideration of the foregoing, and for good cause, it is hereby STIPULATED AND AGREED by and between the Parties, that Defendant LexisNexis Risk Solutions Inc. shall have up to and including March 2, 2020 to file an answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO STIPULATED**

Dated this 29th day of January, 2020.

/s/ *David H. Krieger*  
David H. Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
8985 S. Eastern Ave., Suite 350  
Henderson, NV 89123  
Telephone: (702) 880-5554  
Facsimile: (702) 385-5518  
Email: dkrieger@hainesandkrieger.com  

*Attorney for Plaintiff*  
*Roberto Benabe*

/s/ *Gary E. Schnitzer*  
Gary E. Schnitzer, Esq.  
Nevada Bar No. 395  
KRAVITZ, SCHNITZER & JOHNSON, CHTD.  
8985 South Eastern Avenue, Suite 200  
Las Vegas, Nevada 89123  
Telephone: (702) 222-4142  
Facsimile: (702) 362-2203  
Email: gschnitzer@ksjattorneys.com  

*Attorney for Defendant*  
*LexisNexis Risk Solutions Inc.*

**IT IS SO ORDERED.**

_____  
United States Magistrate Judge

Dated this 30th day of January, 2020